# Court of Appeals
# of the State of Georgia

ATLANTA, September 24, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0208. JAMES HARDAWAY v. BRUCE THOMPSON, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR.

James Hardaway filed a notice of direct appeal from a superior court order affirming a decision of the Georgia Department of Labor concerning his application for unemployment benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000); *Georgia Water Resources, Inc. v. Commissioner of Labor*, 193 Ga. App. 252, 252 (387 SE2d 374) (1989). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Hardaway's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/24/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*